IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MEZA, SR., <br><br>  Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br>  Defendant. | CASE NO. 1:20-cv-01216-GSA <br><br> MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER <br><br> (Doc. 12) |

    Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: May 5, 2021                    Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              */s/ Jeffrey J. Lodge*
                                              JEFFREY J. LODGE
                                              Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:  **May 5, 2021**                  **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE